IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| DARYAL T. NELSON and TOMMY ARMSTRONG, individually and on behalf of all persons similarly situated | | PLAINTIFFS |
| V. | No: 2:04CV00171 WRW<br>No: 2:05CV00134 WRW | |
| WAL-MART STORES, INC; and WAL-MART TRANSPORTATION LLC | | DEFENDANTS |

**ORDER**

The Court heard arguments of counsel in this matter on September 25, 2007, and had previously studied the submissions by the parties, including case law, and has made the following rulings concerning the trial of this matter:

1.  The matter will be heard by the Court in Little Rock without a jury. The initial stage of the trial of this matter will result in injunctive relief only if Defendant is found to have engaged in a pattern and practice of discrimination, or engaged in employment practices which result in a disparate impact. Under either Title VII or 42 U.S.C. § 1981, neither party is entitled to a jury trial at this initial stage.

2.  The matter will be set for trial with alternative dates. The trial will commence on either October 6, 2008 or January 5, 2009. The final trial date will be determined at a status conference to be held on March 4, 2008 at 9:00 a.m. At that time, the parties will advise the Court concerning the status of pretrial discovery and their respective positions concerning the ability to have the matter ready for trial on October 6, 2008. The Court will, as a result of the information it receives at that time, determine the final trial date.

3.  The trial will be set for a period of four weeks.

4. If the trial commences on October 6, 2008, the scheduling deadlines[1] will be:

 • Expert Reports                Monday, June 2, 2008

 • Rebuttal Expert Reports       Monday, July 7, 2008

 • Discovery Cutoff              Monday, August 4, 2008

 • Dispositive Motions           Monday, August 4, 2008

 • Pretrial Disclosures          Monday, September 8, 2008

5. If the trial commences on January 5, 2009, the scheduling deadlines will be:

 • Expert Reports                Monday, June 2, 2008

 • Rebuttal Expert Reports       Tuesday, September 2, 2008

 • Discovery Cutoff              Monday, October 6, 2008

 • Dispositive Motions           Monday, October 6, 2008

 • Pretrial Disclosures          Monday, December 1, 2008

IT IS SO ORDERED this 12th day of October, 2007

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] The deadline is 5 p.m. for each date.