IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DARYAL NELSON and TOMMY ARMSTRONG,**                                                **PLAINTIFFS**
**individually and on behalf of all persons similarly situated**

**v.**                                              **2:04CV00171-WRW**

**WAL-MART STORES, INC.,** *et al.*                                              **DEFENDANTS**

### ORDER

It appears to me that Defendant's Motion[1] to quash the deposition of H. Lee Scott, Jr. should be granted, so it is.

<u>If</u>, at a later date, Plaintiffs can show that they have been truly prejudiced by the inability to depose this particular witness they may petition for reconsideration.

IT IS SO ORDERED this 24th day of September, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 141.