**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 27, 2009**

Mr. John Walker
John Walker, P.A.
1723 Broadway
Little Rock, AR 72206-12206

Ms. Joann Maxey
Mr. Philip Kaplan
William & Anderson, PLLC
Suite 2200
Little Rock, AR 72201-2413

Mr. Morgan Welch
Welch and Kitchens, LLC
One Riverfront Place
Suite 413
North Little Rock, AR 72114

Mr. Joseph Bates
Cauley Bowman Carney & Williams, LLP
Post Office Box 25438
Little Rock, AR 72221

Re:   *Daryal Nelson, et al. v. Wal-Mart Stores, Inc., et al.* -- 2:04-CV-00171-WRW

Dear Counsel:

Please find attached a letter that was recently received by the Court.

Cordially,

/s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court

cc:       Other Counsel of Record