IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DARYAL NELSON AND TOMMY ARMSTRONG,
individually and on behalf of all persons similarly situated                    PLAINTIFFS

v                                    2:04CV00171-WRW

WAL-MART STORES, INC. AND
WAL-MART TRANSPORTATION LLC                                                     DEFENDANTS

## ORDER

Pending is Ronny L. Moore's "Motion to Joint-In and 'Objection'" (Doc. No. 208) in which Mr. Moore requests to be a class member in this action. A Claims Administrator, not the Court, provides Claims Forms. Thus, Mr. Moore's Motion is DENIED as MOOT. Plaintiffs' counsel is directed to forward Mr. Moore's request to the Claims Administrator.

IT IS SO ORDERED this 17th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE