**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**July 16, 2009**

Mr. Morgan E. Welch
Welch and Kitchens, LLC
One Riverfront Place, Suite 413
North Little Rock, AR 72114

Mr. John W. Walker
John W. Walker, P.A.
1723 Broadway
Little Rock, AR 72206-1220

Mr. Troy A. Price
Wright, Lindsey, & Jennings LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

      Re:   *Nelson v. Wal-Mart*, 2:04-CV-00171-WRW
              Notice of Attorney Lien

Dear Counsel:

After quickly reviewing your papers I believe an evidentiary hearing is necessary.

By 5 p.m., next Monday, July 20, 2009, submit your expected witnesses and the length of time you think it will take for direct examination of each witness.

After we received these submissions, my courtroom deputy will set a date and time for the hearing. I want to resolve this matter as soon as reasonably possible.

If after seeing the other sides witness list, you decide you may need a rebuttal witness, please submit the name of each possible rebuttal witness by 4 p.m., Tuesday, July 21, 2009. As a word to the wise, I think there are very few rebuttal witnesses -- most of those I have seen over nearly 45 years at the bar have been direct witnesses held in reserve for a flank attack. Needless to say this type of so-called rebuttal witness will not be permitted.

Have a great weekend -- starting at any time of your choosing, commencing immediately.

                                                Cordially,

                                                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of Court
cc:     Other Counsel of Record