# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DARYAL T. NELSON, Individually and on
behalf of all persons similarly situated                                                    PLAINTIFF

VS.                                         2:04CV00171-BRW

WAL-MART STORES, INC., et al.                                                           DEFENDANTS

### ORDER GRANTING MOTION TO FILE UNDER SEAL

Now before the Court is the Motion to File Under Seal [Docket No. 264] of the Plaintiff Class. From the statements of Class Counsel and from other matters and things before it, the Court finds that the motion should be, and is hereby granted.

IT IS SO ORDERED this 22nd day of June, 2011.


                                                           /s/Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE




PREPARED BY:

Hank Bates
Carney Williams Bates Bozeman & Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas  72212
(501) 312-8500 – Telephone